IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTOFFER ION,

       Plaintiff,                              24cv0912
                                                  ELECTRONICALLY FILED

   v.

COUNTY OF BUTLER et al,

       Defendants.

<u>Order adopting Report and Recommendation and Dismissing Case without Prejudice</u>

On June 24, 2024, Plaintiff Kristoffer Ion ("Ion" or "Plaintiff") filed this counseled civil rights action for injuries sustained by him during an attack by fellow inmates at the Butler County Prison ("BCP") on June 25, 2022. ECF No. 14. At the time of the attack, Ion was a convicted prisoner, and performed barber services for other inmates. Id. ¶ 16. This matter was referred to United States Magistrate Judge Christopher Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

In Plaintiff's original Complaint, he brought claims against the Butler County Prison and its Prison Board, Beau Sneddon in his official and individual capacities as BCP Warden, Corrections Officers Elstner, McMillen, and Evans (collectively, the "BCP Defendants"), as well as unidentified medical personnel at BCP and inmates Rhinehart, Reges, and Doctor. ECF No. 1. The Butler County Defendants filed a Motion to Dismiss and raised pleading deficiencies with each of Plaintiff's claims. ECF Nos. 8, 9. Plaintiff then filed the operative Amended Complaint, and withdrew his claims against the BCP and the John and Jane Doe BCP medical professionals. ECF No. 14. In all other respects, the operative Amended Complaint is the same as the original Complaint.

The operative Amended Complaint alleges Eighth and Fourteenth Amendment pursuant to 42 U.S.C. Section 1983, against all Defendants as a group in the nature of failure to provide prompt and adequate medical treatments; deliberate indifference to Plaintiff's medical needs, failure to train, supervise, monitor and instruct Defendant employees; condoning the acts of employees by failing to implement corrective policies; and, failure to intervene on Plaintiff's behalf by allowing him to remain in a locked room for four minutes while being assaulted. Id. at paragraphs 57, 59-60. Plaintiff further alleges state law negligence and battery claims against at least one unidentified Defendant. Id. at 67-75.

Pending before this Court is a Motion to Dismiss raising many of the same issues and deficiencies in the Amended Complaint as was raised in original round of Motions to Dismiss to original Complaint.[1]

In the thorough Report and Recommendation of United States Magistrate Judge Maureen P. Kelly, filed on May 13, 2025, it is recommended that Plaintiff's Amended Complaint be dismissed in its entirety without prejudice and with the right to amend the Complaint one last time within 21 days to correct the pleading deficiencies addressed in the Report and Recommendation. Objections to the Report and Recommendation were due by May 27, 2025. ECF No. 24. As of this date, no objections have been filed.

After *de novo* review of the Record in this matter, including the Motion to Dismiss, and well- reasoned and thorough Report and Recommendation of Magistrate Judge Kelly, Defendants' Motion to Dismiss the Amended Complaint (ECF No. 17) is GRANTED and the case dismissed without prejudice.

---

[1] Defendant Rhinehart filed a motion to appointment of counsel which was denied on October 23, 2024. ECF No. 22. None of the inmate Defendants, including Rhinehart, have responded to the Amended Complaint.

It is further ORDERED that the May 13, 2025, Report and Recommendation (ECF No. 24) is adopted as the Opinion of the Court.

Should Plaintiff choose not to file a (Second) Amended Complaint, by August 27, 2025, this matter will be closed, and the state law claims will be dismissed without prejudice to be refiled in state court.

                                              SO ORDERED this 6th day of August, 2025.

                                              <u>s/Arthur J. Schwab</u>
                                              Arthur J. Schwab
                                              United States District Judge

cc: ECF Counsel of Record